# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0903
_____

KENNETH RAY MARTINEZ, SR.,

>Appellant,

v.

STATE OF FLORIDA,

>Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


November 19, 2025

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick R. Frank, and Keisha D. Rice, of Frank & Rice, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.